UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-60027-CIV-GAYLES/TURNOFF

**TAL HILSON**,

    Plaintiff,

v.

**TEKTITE PROPERTY MANAGEMENT, LLC**,

    Defendant.

_____/

## NOTICE OF COURT PRACTICE
## UPON NOTICE OF SETTLEMENT

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Settlement [ECF No. 13], which indicates that a settlement has been reached in this case. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal along with any other pertinent document(s) necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of April, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
       All Counsel of Record